John F. Petrini, Esq., SBN 068470
BORTON, PETRINI & CONRON, LLP
1600 Truxtun Avenue
Post Office Box 2026
Bakersfield, CA 93303
Telephone (661) 322-3051

Attorneys for Defendant, Western Range Association

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENZO B. MOSQUERA,<br><br>            Plaintiff,<br><br>v.<br><br>WESTERN RANGE ASSOCIATION, an unincorporated association, and BEN ANSOLABEHERE SHEEP COMPANY, a corporation, and BEN ANSOLABEHERE,<br><br>            Defendants. | Case No. CIV F-01-5049 AWI TAG<br><br>The Hon. Anthony W. Ishi<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ACTION** |

TO THE HONORABLE JUDGE ANTHONY W. ISHI, TO THE UNITED STATES MAGISTRATE JUDGE THERESA A. GOLDNER, AND TO THE CLERK OF THE COURT:

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed in its entirety with prejudice pursuant to FRCP 41(a)(1).

This Stipulation may be signed in counterparts and, when so signed, is as effective as though signed in one original

:465548-2

```
 1
 2    document.  Facsimile signatures are as effective as original
 3    signatures.
 4    DATED: October ____, 2003
 5                              BORTON, PETRINI & CONRON, LLP
 6
 7
                              By_____
 8                              John  F.  Petrini,  Attorneys  for
                                Defendant, Western Range Association
 9
10    DATED: October  16, 2003
11                              CENTRAL CALIFORNIA LEGAL SERVICES, INC.
12
13                            By_____
                                Jeffrey Clason, Attorneys for
14                              Plaintiff, Lorenzo B. Mosquera
15    DATED: October ____, 2003
16                              DOWLING, AARON & KEELER
17
18
                              By_____
19                              Francine M. Kanne, Attorneys for
                                Defendants, Ben Ansolabehere Sheep
20                              Company and Ben Ansolabehere
21                              **ORDER**
22
            IT IS SO ORDERED.
23
      DATED:  10-24-03
24
25
                              _____
26                            The Honorable District Judge
27
```

:465548-2

```
 1
 2
    document.  Facsimile signatures are as effective as original
 3
    signatures.
 4  DATED: October ____, 2003
 5                          BORTON, PETRINI & CONRON, LLP
 6
 7
                            By_____
 8                            John  F.  Petrini,  Attorneys  for
                              Defendant, Western Range Association
 9
10  DATED: October 16, 2003
11                          CENTRAL CALIFORNIA LEGAL SERVICES, INC.
12
13                          By_____
                              Jeffrey Clason, Attorneys for
14                            Plaintiff, Lorenzo B. Mosquera
15  DATED: October 21, 2003
16                          DOWLING, AARON & KEELER
17
18                          By_____
                              Francine M. Kanne, Attorneys for
19                            Defendants, Ben Ansolabehere Sheep
                              Company and Ben Ansolabehere
20
21                                    ORDER
22
            IT IS SO ORDERED.
23
    DATED: _____
24
25
                            _____
26                          The Honorable District Judge
27
```

:465548-2

document.  Facsimile signatures are as effective as original signatures.

DATED: October 23, 2003

        BORTON, PETRINI & CONRON, LLP

        By _____
        John F. Petrini, Attorneys for
        Defendant, Western Range Association

DATED: October 16, 2003

        CENTRAL CALIFORNIA LEGAL SERVICES, INC.

        By _____
        Jeffrey Clason, Attorneys for
        Plaintiff, Lorenzo B. Mosquera

DATED: October ____, 2003

        DOWLING, AARON & KEELER

        By _____
        Francine M. Kanne, Attorneys for
        Defendants, Ben Ansolabehere Sheep
        Company and Ben Ansolabehere

**ORDER**

IT IS SO ORDERED.

DATED: _____

_____
The Honorable District Judge

:465548-2

## PROOF OF SERVICE BY MAIL

I am a citizen of the United States, a resident of the County of Fresno, over the age of eighteen years and not a party to this below-entitled action; my business address is 1999 Tuolumne Street, Suite 700, Fresno, California.

On October 24, 2003, I served the within **STIPULATION AND ORDER FOR DISMISSAL OF ACTION** on the interested parties in said action by placing true copies thereof in sealed envelopes, with postage thereon fully prepaid, in the United States mail box at Fresno, California, addressed as follows:

Francine M. Kanne, Esq.
DOWLING, AARON & KEELER, INC.
6051 North Fresno Street, Suite 200
Fresno, California 93710

John F. Petrini, Esq.
Borton, Petrini & Conron
1600 Truxton Ave.
Bakersfield, California 93303

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Dated: October 24, 2003

_____
Virginia Salmeron

```
              United States District Court
                         for the
               Eastern District of California
                      October 28, 2003


              * * CERTIFICATE OF SERVICE * *


                                     1:01-cv-05049


    Mosquera

        v.

    Western Range Assoc
```

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on October 28, 2003, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

AWI TAG

```
    Chris A. Schneider
    Central California Legal Services
    2014 Tulare Street
    Suite 600
    Fresno, CA  93721

    Jeffrey Doyne Clason
    Central California Legal Services
    1999 Tuolumne Street
    Suite 700
    Fresno, CA  93721

    John F Petrini
    Borton Petrini and Conron
    1600 Truxtun Avenue
    Bakersfield, CA  93303

    Francine Marie Kanne
    Dowling Aaron and Keeler
    6051 North Fresno Street
    Suite 200
    Fresno, CA  93710
```